■ Judith M. Skowronski et al., Appellants, v Vincent Mordino et al., Respondents. (Appeal No. 1.) [771 NYS2d 424]— Appeal from an order of the Supreme Court, Erie County (Nelson H. Cosgrove, J.), entered September 26, 2002. The order denied plaintiffs' motion to set aside a jury verdict.

It is hereby ordered that said appeal be and the same hereby

is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens,* 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Pigott, Jr., P.J., Pine, Hurlbutt, Kehoe and Hayes, JJ.